# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **MONUMENT PEAK VENTURES, LLC,** § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **ALARM.COM INCORPORATED,** § <br> **Defendant.** § | **CASE NO. 6:22-cv-00982** <br><br> **JURY TRIAL** |

## NOTICE OF RELATED CASE

Plaintiff Monument Peak Ventures, LLC identifies the following related case pursuant to the Standing Order Governing Proceedings:

*Monument Peak Ventures, LLC v. Vivint Inc.*, Civil Action No. 6:22-cv-00635-ADA-DTG.

Dated: September 19, 2022     Respectfully submitted,

CONNOR LEE & SHUMAKER PLLC

By: */s/ Cabrach J. Connor*
Cabrach J. Connor
cab@clands.com
Texas Bar No. 24036390
Jennifer Tatum Lee
jennifer@clands.com
Texas Bar No. 24046950
John M. Shumaker
john@clands.com

                    Texas Bar No. 24033069

                    609 Castle Ridge Road, Suite 450
                    Austin, Texas 78746
                    512.646.2060 Telephone
                    888.387.1134 Facsimile